JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINI CHRISTIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; CITIBANK CONSUMER LTD PLAN; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | CASE NO.: CV 12-06828 PA (PLAx)<br><br>Hon. Percy Anderson<br><br>[~~PROPOSED~~] ORDER ON STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE<br><br>[FRCP 41(a)]<br><br>[Stipulation Filed Concurrently]<br><br>Complaint Filed: August 8, 2012 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\390\12pleadings\stip re dismissal- propsd order.doc

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice in its entirety. Each party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 8, 2012

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA